# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                         MAGISTRATE JUDGE'S DOCKET NO. 04-M-0553RBC

KIMBERLY DELSIGNORE,
    Defendant.

# *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on January 3, 2005. At that time, after being fully informed of her rights, the defendant waived her right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and she hereby is, held to answer in the District Court.

    Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  January 3, 2005.