₀AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASS

USA
v
Kimberley Delsignore

**APPEARANCE**

Case Number: 2004-M-0553
RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   KIMBERLEY DELSIGNORE

I certify that I am admitted to practice in this court.

DEC 29, 2004
Date

Signature: /s/ JWCarney Jr

J. W. CARNEY, JR          074760
Print Name                Bar Number

CARNEY + BASSIL   20 PARK PLAZA
Address            SUITE 1405

BOSTON      MA      02116
City        State   Zip Code

617-338-5566     617-338-5587
Phone Number     Fax Number

JCARNEY @ CARNEYBASSIL.COM

Noreen Russo
12/29/04
Deputy Clerk